UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYLIN HARRIS,

        Plaintiff,                          Case No. 2:25-cv-11321

v.                                           Honorable Susan K. DeClercq
                                               United States District Judge
EAGLE SECURITY SERVICE,

                                               Honorable David R. Grand
        Defendant.                 United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 26),
AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT
(ECF Nos. 18; 19)**

On July 21, 2025, Magistrate Judge David R. Grand issued a report, ECF No. 26, recommending that this Court deny Plaintiff Jaylin Harris's two, effectively identical motions for default judgment. ECF Nos. 18; 19. Judge Grand provided 14 days to object, but the Parties did not do so. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 26, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motions for Default Judgment, ECF Nos. 18 and 19, are **DENIED**.

**This is not a final order and does not close the above-captioned case**.

<u>/s/Susan K. DeClercq</u>
SUSAN K. DeCLERCQ
United States District Judge

Dated:  September 11, 2025